ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

America Aero Group, LLC,

    Plaintiff(s),

v.

Zurich American Insurance Company,

    Defendant(s).

Case No.  23 CV 1861
Judge Jeremy C. Daniel

## <u>JUDGMENT IN A CIVIL CASE</u>

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

    which ☐ includes     pre–judgment interest.
          ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐    other: Judgment entered in favor of defendant and against plaintiff.

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☐ decided by Judge Jeremy C. Daniel on a motion to dismiss.

Date:  8/29/2024

Thomas G. Bruton, Clerk of Court

Vettina Franklin, Deputy Clerk